David Allen DICKERSON, Appellant,

v.

STATE of Missouri, Respondent.

No. 67087.

Missouri Court of Appeals,
Eastern District,
Division One.

April 25, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

## ORDER

PER CURIAM.

Appellant, David Allen Dickerson, appeals from the Osage County Circuit Court's denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the circuit court is not clearly erroneous. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the circuit court's judgment pursuant to Rule 84.16(b).

Victor EKPO, Respondent,

v.

UNITED PARCEL SERVICE,

and

Liberty Mutual Insurance
Co., Appellants.

No. 66461.

Missouri Court of Appeals,
Eastern District,
Division One.

April 25, 1995.

Andrew J. Kovacs, St. Louis, for appellants.

Gordon W. Neilson, St. Louis, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

## ORDER

PER CURIAM.

Appellants, United Parcel Service and Liberty Mutual Insurance Co., appeal from the Final Award of the Labor and Industrial Relations Commission in favor of respondent, Victor Ekpo. We affirm.

We have reviewed the briefs of the parties and the legal file and find the claims of error are without merit. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the circuit court pursuant to Rule 84.16(b).